# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| KEOLATTANA TOOTOO SAPHILOM, | |
| *Plaintiff,* | CASE NO. 3:23-cv-00026 |
| v. | **ORDER** |
| BENJAMIN JOHN HART and WANDA HART, | JUDGE NORMAN K. MOON |
| *Defendants.* | |

This matter is before the Court further to this Court's Order granting Defendants' Motion for a More Definite Statement Pursuant to Rule 12(e). Dkt. 14. Upon considering the allegations in Plaintiff's complaint, even affording it a liberal construction as required for filings from *pro se* litigants, the Court held that "Plaintiffs' complaint is so vague and ambiguous that Defendants[ ] cannot be expected to frame a responsive pleading," and the Court granted Defendants' motion for a more definite statement. *Id.* at 1. The Court also held that Plaintiff "is **DIRECTED** to file an Amended Complaint within **fourteen (14) days**, in which she clearly identifies any and all claims for relief / causes of action she brings and alleges all facts in support of such claims and her standing to bring such claims." *Id.* at 4.

That deadline has come and gone. Plaintiff has not filed an amended complaint or other response as directed by this Court. For the reasons set forth in the Order granting Defendant's Motion for a More Definite Statement, which are incorporated and readopted fully herein, *see* Dkt. 14, the Court has concluded and hereby concludes that Plaintiff's complaint fails to satisfy the basic requirement that a complaint include "a short and plain statement of the claim showing

that the pleader is entitled to relief." *See* Fed. R. Civ. P. 8(a). The Court therefore will **DISMISS** Plaintiff's complaint.

 The Clerk of Court is directed to strike this case from the Court's active docket.

 It is so **ORDERED**.

 The Clerk of Court is directed to send a copy of this Order to the parties.

 Entered this   1st   day of September, 2023.

                _____
                NORMAN K. MOON
                SENIOR UNITED STATES DISTRICT JUDGE